1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL E. JACQUES,                    No.  2:24-cv-0477 TLN SCR P

12                 Plaintiff,

13        v.                                 ORDER

14   JUNG, et al.,

15                 Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C.

18   §1983.  On screening plaintiff's complaint, the court found plaintiff stated potentially cognizable

19   Eighth Amendment and First Amendment claims against defendant Jung and potentially

20   cognizable Fourteenth Amendment claims against all defendants.  (June 25, 2024 Order, ECF No.

21   6.)  Plaintiff was given the option of proceeding immediately on the claims found potentially

22   cognizable or amending the complaint.  The court provided plaintiff with a form to return within

23   thirty days to notify the court of their choice.  Plaintiff was warned that failure to comply with the

24   court's order would result in a recommendation that this action be dismissed.  When the court did

25   not receive a timely notice, on August 26, the court recommended this case be dismissed for

26   plaintiff's failure to prosecute and comply with court orders.  (ECF No. 10.)

27        Plaintiff has filed objections to the August 26 findings and recommendations.  (ECF No.

28   11.)  Plaintiff states that they prepared the notice form and gave it to prison staff for mailing prior

1

1    to the deadline.  Plaintiff does not know why the court did not receive the notice.  Plaintiff

2    provides a copy of a new notice indicating that they wish to proceed with the claims found

3    cognizable in the original complaint.  (Id. at 5.)

4          Plaintiff has shown good cause to proceed with this action.  The court will vacate its

5    recommendation that the case be dismissed.  However, plaintiff did not sign the notice form.  The

6    court will provide plaintiff with another copy of the form to sign and file.  After receipt of the

7    signed form, the court will order service of the complaint.

8          Accordingly, IT IS HEREBY ORDERED that

9          1.  The findings and recommendations filed August 26, 2024 (ECF No. 10) are vacated.

10         2.  Within twenty-one days of the date of this order, plaintiff shall file a **signed** and

11             completed copy of the attached form indicating how they wish to proceed with this

12             case.

13   DATED: October 2, 2024

14

15

16                                    SEAN C. RIORDAN
                                      UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

                                          2

1
2
3
4
5
6
7                       UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   MICHAEL E. JACQUES,                    No.  2:24-cv-0477 TLN SCR P

11              Plaintiff,

12         v.                               PLAINTIFF'S NOTICE ON HOW TO
                                            PROCEED
13   JUNG, et al.,

14              Defendants.

15

16   Check one:

17   _____   Plaintiff wants to proceed immediately on the Eighth and First Amendment claims in the

18            complaint against defendant Jung and on the Fourteenth Amendment claim against all

19            defendants.  Plaintiff understands that by going forward without amending the

20            complaint, they are voluntarily dismissing all other claims.

21

22   _____   Plaintiff wants to amend the complaint.

23

24   DATED:_____

25

26

27                                          _____
                                            Plaintiff Michael E. Jacques, Pro Se
28

                                            1