IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. JACQUES,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JUNG, et al.,<br><br>　　　　　　　Defendants. | 2:24-cv-0477 TLN SCR PC<br><br>[~~PROPOSED~~] ORDER<br><br>Judge:　　　The Honorable Sean C. Riordan<br>Trial Date:　Not Set<br>Action Filed: February 15, 2024 |

　　After reviewing Defendants' Request to Opt Out of Court's Post Screening ADR Project, the Court finds good cause to grant the request.

　　Accordingly, IT IS HEREBY ORDERED that:

　　1. Defendants' motion to opt out (ECF No. 20) is GRANTED;

　　2. The stay of this action is LIFTED; and

　　3. Defendants are ordered to file a responsive pleading within thirty (30) days of the issuance of this order.

Dated: February 4, 2025

_SEAN C. RIORDAN_
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE