UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. JACQUES, | No. 2:24-cv-0477-TLN-SCR |
| Plaintiff, | |
| v. | ORDER |
| JUNG, et al, | |
| Defendants. | |

On February 14, 2025, defendants filed a motion to dismiss or, in the alternative, to revoke plaintiff's in forma pauperis status. Plaintiff has not opposed the motion.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Local Rule 110 further provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition, if any, to the motion to dismiss, or, in the alternative, to revoke plaintiff's in forma pauperis status. Failure to file an opposition will be deemed a

////

////

1

statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

DATED: May 2, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE